UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
UNITED STATES OF AMERICA,

        -against-

LUIS ARBOLEDA,

                Defendant.
------------------------------------------------------------- X

03 CR 664 (ARR)

**NOT FOR ELECTRONIC OR PRINT PUBLICATION**

**OPINION AND ORDER**

ROSS, United States District Judge:

    The court hereby directs that the defendant Luis Arboleda be held for an additional 120 days at the Federal Medical Center in Butner, North Carolina. Arboleda is undergoing voluntary treatment with anti-psychotic medication at the Butner facility, and the court hereby finds pursuant to 18 U.S.C. § 4241(d)(2)(A) that there is a substantial probability that within the specified period of time defendant will attain the capacity to permit sentencing to proceed.

    SO ORDERED.

Allyne R. Ross<br>
United States District Judge

Dated: July 22, 2005
       Brooklyn, New York

1



SERVICE LIST:

> Attorney for the United States
> Michael Joseph Ramos
> U.S. Attorney's Office
> 147 Pierrepont Street
> Brooklyn, NY 11201
>
> Attorney for Respondent
> Ellyn I. Bank
> 30 Vesey Street
> Suite 100
> New York, NY 10007

cc: Federal Medical Center
P.O. Box 1500
Butner, NC 27509